

**14-5128 Goss, et al v. Board of County Commissioners , et al "Minute Order Filed" (4:13-CV-00374-CVE-TLW)**
ca10_cmecf_notify   to:   11/19/2014 10:21 AM

From: ca10_cmecf_notify@ca10.uscourts.gov
To:

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

Tenth Circuit Court of Appeals

Notice of Docket Activity

The following transaction was entered on 11/19/2014 at 9:21:14 AM MST and filed on 11/19/2014

Case Name:    Goss, et al v. Board of County Commissioners, et al
Case Number:  14-5128

Docket Text:
[10225574] Minute order filed - Notice due that record is complete by 12/15/2014 for Philip Lombardi, Clerk of Court. (Text Only - No Attachment) [14-5128] (NA)

Notice will be electronically mailed to:

Mr. Philip W. Anderson: panderson@czwglaw.com, czwg@czwglaw.com, kerry@czwglaw.com, alison@czwglaw.com
Mr. Andrew A. Artus: czwg@czwglaw.com, aaa@czwglaw.com, deborah@czwglaw.com, justin@czwglaw.com
Mr. Christopher James Collins: cjc@czwglaw.com, czwg@czwglaw.com
Ms. Ambre C. Gooch: Gooch@czwglaw.com, czwg@czwglaw.com, tara@czwglaw.com
Mr. Bradley Harold Mallett: bmallett@soonerlaw.com
Mr. Jordan L. Miller: jordan@czwglaw.com, czwg@czwglaw.com, dhana@czwglaw.com
Mr. Clinton D. Russell: crussell@soonerlaw.com, ktaylor@soonerlaw.com
Mr. Stratton Taylor: staylor@soonerlaw.com


The following information is for the use of court personnel:


DOCKET ENTRY ID: 10225574
RELIEF(S) DOCKETED:
DOCKET PART(S) ADDED: 3660042, 3660043