

**15-5004 Goss, et al v. Board of County Commissioners , et al "Minute Order Filed" (4:13-CV-00374-CVE-TLW)**
ca10_cmecf_notify   to:                                              01/28/2015 03:49 PM

| | |
|---|---|
| From: | ca10_cmecf_notify@ca10.uscourts.gov |
| To: | |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 01/28/2015 at 2:48:39 PM MST and filed on 01/28/2015

**Case Name:**   Goss, et al v. Board of County Commissioners, et al
**Case Number:**   15-5004

**Docket Text:**
[10243559] Minute order filed - Notice due that record is complete by 02/23/2015 for Philip Lombardi, Clerk of Court. (Text Only - No Attachment) [15-5004] (SLS)

**Notice will be electronically mailed to:**

Mr. Philip W. Anderson: panderson@czwglaw.com, czwg@czwglaw.com, kerry@czwglaw.com, alison@czwglaw.com
Mr. Andrew A. Artus: czwg@czwglaw.com, aaa@czwglaw.com, deborah@czwglaw.com, justin@czwglaw.com
Mr. Christopher James Collins: cjc@czwglaw.com, czwg@czwglaw.com
Ms. Ambre C. Gooch: Gooch@czwglaw.com, czwg@czwglaw.com, tara@czwglaw.com
Mr. Bradley Harold Mallett: bmallett@soonerlaw.com
Mr. Jordan L. Miller: jordan@czwglaw.com, czwg@czwglaw.com, dhana@czwglaw.com
Mr. Clinton D. Russell: crussell@soonerlaw.com, ktaylor@soonerlaw.com
Mr. Stratton Taylor: staylor@soonerlaw.com

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 10243559
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 3692634, 3692635